UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PARRISH CHASE,
            Plaintiff,

  vs.                                                      CA 12-112-ML

ASHBEL T. WALL, II, and
RICHARD A. LICHT,
            Defendants.

**ORDER**

Before the Court is Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. #2) ("Application"). Plaintiff has included the affidavit required by 28 U.S.C. § 1915(a)(1). Plaintiff has also included a certified copy of his inmate account statement from the Adult Correctional Institutions ("ACI"), where he is currently incarcerated. However, the account statement is for the period from June 21, 2011, through November 18, 2011, and the certification date is November 21, 2011. Plaintiff's Complaint (Doc. #1) was filed on February 21, 2012. Thus, the statement is not "for the 6-month period immediately preceding the filing of the complaint ...," 28 U.S.C. § 1915(a)(2), as required by the statute, see id.[1]

Accordingly, Plaintiff is directed to file an updated inmate account statement for the 6 month period immediately preceding the filing of the Complaint, i.e., including the period from November

---

[1] Section 1915(a)(2) provides:

A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. 1915(a)(2).

19, 2011, through February 20, 2012, obtained from and certified by an appropriate official at the ACI.  Plaintiff shall file his updated account statement within 21 days of the date of this Order.


SO  ORDERED:


/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge

DATE: August 17, 2012